In the Matter of the Petition of FERDINAND MAYER et al., to Vacate an Assessment.

In the Matter of the Petition of MARY H. MAHAN, to Vacate an assessment.

(Argued April 6, 1880 ; decided April 13, 1880.)

THE latter case is reported below (20 Hun, 301).

*Francis Lynde Stetson* for appellants.

*Edmund Coffin, Jr.,* for respondents.

Agreed to affirm without opinion.
All concur except EARL, J., not voting.
Order affirmed.